# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,                Criminal No. 98-270 (1) (RHK/RLE)

vs.                                 **ORDER TO REPLACE IDENTITY OF RESTITUTION PAYEE**

Cathryn Mae Kim,

        Defendant.

      Ridgedale State Bank, a victim of bank fraud, is a recipient of restitution ordered in the above-captioned case. Ridgedale State Bank has changed its name to Highland Bank. Highland Bank has petitioned the Court to replace Ridgedale State Bank as restitution payee and submitted evidence that it is the victim.

      IT IS HEREBY ORDERED that counsel for Plaintiff and Defendant identified above, may object to Highland Bank's request by filing an objection in writing no later than November 4, 2011.

      IT IS FURTHER ORDERED that absent any objections filed from counsel, the Clerk of Court direct all future restitution payments received for victim Ridgedale State Bank to Highland Bank.

Dated: October 17, 2011

                                            s/Richard H. Kyle\_
                                            RICHARD H. KYLE
                                            United States District Judge